ACCEPTED
03-15-00105-CR
6902540
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 9:40:56 AM
JEFFREY D. KYLE
CLERK

NO. _03-15-00105-CR_

## THE COURT OF APPEALS

For the Third District at Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/14/2015 9:40:56 AM

JEFFREY D. KYLE
Clerk

State of Texas Vs. Justin Murphy

## APPELLANT'S MOTION FOR EXTENSION

On Appeal from an order denying relief on an Application for Writ of Habeas Corpus from the County Court at Law Number 3

Adam T. King Blackwell Reposa
SBN 24040163
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-0444
Fax: (512) 478-1114
Attorney for Defendant

TO THE THIRD COURT OF APPEALS,

COMES NOW Justin Murphy, Appellant and moves this Court to Grant an extension of time to file brief and in support of shows the following.

1. Justin Murphy has a brief due on September 14, 2015.
2. Counsel has not had any previous extensions granted.
3. A previous motion for extension was filed, this cause was dismissed, and then later reinstated.
4. Counsel has tried 5 separate jury trials in the time the reinstated appeal has been pending and has not had time to complete the brief.
5. This motion is not made for delay, but that justice may be Done.

Counsel requests a 45 day extension.

Respectfully submitted,

Adam T. King Blackwell Reposa
SBN 24040163
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-0444
Fax: (512) 478-1114

By:_____
Adam T. King Blackwell Reposa

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the Travis County Attorney's Office via Hand Delivery on this, the 14th day of September, 2015.

By:_____
Adam T. King Blackwell Reposa
Attorney for Justin Murphy